Scottville Apple Products Company, Appellee, v. The
Rafelson Company, and Abe Rafelson, Defendants.
On Appeal of Abe Rafelson, Appellant.

Gen. No. 46,109.   (Abstract of Decision.)

Golbus & Golbus,
for appellant; Rappaport, Clorfene & Rappaport, for appellee; Ode L.
Rankin, of counsel. Opinion by JUSTICE FRIEND. Not to be published
in full. Opinion filed March 8, 1954; released for publication March 24,
1954.

Herman Krueger, Appellee, v. Joseph Lind and
Kathryn Lind, Appellants.

Gen. No. 46,190.   (Abstract of Decision.)